# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Morgan Scopas Kenyi,

        Petitioner,

v.

Eric H. Holder, Jr., Secretary of Department of Homeland Security, Peter B. Berg, and Ken Olson,

        Respondents.

Civil No. 13-cv-740 (JNE/TNL)

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 6, 2013 (ECF No. 11), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED AS MOOT**.

Date: October 7, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge